THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH H. PAYNE, Appellant.

Submitted January 26, 2004; decided February 12, 2004

Motion for assignment of counsel granted and Robert C. Mitchell, Esq., Legal Aid Society of Suffolk County, Appeals Bureau, Arthur M. Cromarty Court Complex, 300 Center Drive,

P.O. Box 1697, Riverhead, NY 11901-0960 assigned as counsel to the appellant on the appeal herein.